ORIGINAL

DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

Trustee for Debtors

FILED
MAY 17 2011
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In Re:                              ) Chapter 13
                                    )
FERDINAND ADAMOS                    ) Case No. 07-52941 SLJ
                                    )
PAMELA SUE ADAMOS                   ) **NOTICE OF UNCLAIMED DIVIDEND**
                                    )
              Debtors               )
                                    )

The final dividend to Creditor, CHASE BANK USA NA in the above entitled matter was returned marked: RETURN TO SENDER-NOT DELIVERABLE AS ADDRESSED

It appearing to the Court that a reasonable effort was made to locate the Creditor, and good cause appearing therefore,

IT IS REQUESTED that DEVIN DERHAM-BURK herein forthwith pay over to the Clerk of the above entitled Court, the sum of $19.04 as an unclaimed dividend.

Claim # 10006     CHASE BANK USA NA
                  P O BOX 100018
                  KENNESAW, GA  30156-9104

Dated: May 13, 2011                     _____
                                        DEVIN DERHAM-BURK, TRUSTEE

**CHAPTER 13 TRUSTEE**
P.O. BOX 50013
SAN JOSE, CA 95150-0013

**RECEIVED**
JAN 04 2011
Devin Derham-Burk
Trustee, Chapter 13



TO THE ORDER OF
CHASE BANK USA NA
P O BOX 100018
KENNESAW, GA 30156-9104

NIXIE 900 DE 1 00 12/27/10
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 951500001319 *2756-01000-15-39

02 1M
0004264685
MAILED FROM ZIP CODE 95032
$ 00.44⁰
DEC 15 2010
PITNEY BOWES

Case: 07-52941   Doc# 153   Filed: 05/17/11   Entered: 05/23/11 11:15:27   Page 2 of 2